UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

APR 1 2 2006

In re: ADAM JAY FOX
XXX-XX-4522

Case No. 05-36398-BKC-SHF
Chapter 7

_____ Debtor _____/

### ORDER REOPENING CASE TO ADD OMITTED CREDITOR(S)

THIS CAUSE having come before the court upon debtor's Motion to Reopen Case pursuant to 11 U.S.C. § 350, Bankruptcy Rule 5010, and Local Rule 5010-1(B) and the court having considered the motion and having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

**ORDERED:**

1. This case is reopened. No filing fee is required to be paid to the clerk unless the debtor fails to comply with paragraph 3 of this order and the case is closed pursuant to paragraph 4. No trustee shall be appointed.

2. Within 15 days from the entry of this order, the debtor shall amend the schedules (and pay applicable amendment fee) to add the name(s) and address(es) of the creditor(s) previously omitted from the original schedules. A supplemental matrix of creditors as required by the "Clerk's Instructions to Debtor for Submission of Initial Creditor Service Matrix and Requirements for Submitting Subsequent Amendments" must accompany the amended schedules.

3. Within 15 days from the entry of this order, the debtor shall file an adversary proceeding(s) to determine whether the debt(s), subject to such amendment(s), is/are or is/are not dischargeable under 11 U.S.C. § 523(a).

4. Upon the filing of the adversary case(s) by the debtor, or upon the debtor's failure to comply with this order, the case will be reclosed by the clerk's office.

**ORDERED** in the Southern District of Florida on  APR 1 1 2006  .



**UNITED STATES BANKRUPTCY JUDGE**

Copies Provided to: all parties involved.

*The debtor (or the debtor's attorney) is directed to furnish a complete and correct copy of this order to all interested parties, including the added creditor, and file a certificate of service with the court. A copy of the clerk's notice of meeting of creditors must also be served on the creditor.

LF-37 (rev. 10/17/05)    Page 1 of 1